

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2019

No. 04-19-00044-CV

**TITLE SOURCE, INC.,**
Appellant

v.

**HOUSECANARY, INC.,** formerly known as Canary Analytics, Inc.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellant's unopposed motions for *pro hac vice* admission of Helgi C. Walker and Jeffrey B. Morganroth are GRANTED.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2019.

KEITH E. HOTTLE,
Clerk of Court